IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Carol A. Wilson,** *et al* | ) | Case No.: 2:17-cv-317 |
| | ) | |
| *Plaintiffs,* | ) | Chief Judge George C. Smith |
| | ) | |
| *vs.* | ) | Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| **Fioritto Construction, LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |

### AFFIDAVIT OF CAROL WILSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) SS: |
| COUNTY OF FRANKLIN | ) |

I, Carol A. Wilson, being first duly cautioned and sworn, depose and state:

1. That I am the Administrator for the Trustees of the Ohio Operating Engineers Health and Welfare Plan, the Trustees for the Ohio Operating Engineers Pension Fund, the Trustees for the Ohio Operating Engineers Education and Safety Fund, and the Trustees for the Ohio Operating Engineers Apprenticeship Fund ("Funds"). I have personal knowledge of the following facts:

2. Defendant, Fioritto Construction, LLC, ("Defendant"), is a party to a collective bargaining agreement with the International Union of Operating Engineers, Local 18 (the "Union"), which obligates Defendant to make contributions to Funds on behalf of Defendant's employees.

3. In an audit conducted November 18, 2016, the Funds determined that Defendant failed to make contributions to the Funds as required by Defendant's collective bargaining agreements and the Trust Agreements covering the various Funds. The results of that audit, including the manner in which contributions were calculated based upon each hour worked by each employee is reflected in the Funds' correspondence dated January 5, 2017, attached hereto as Exhibit 1 .

4. When employers make payments to the Funds that do not fully cover the delinquent contributions, the Funds must make a decision as to which participant accounts to credit for those payments. Given that the Trustees act as fiduciaries on behalf of all participants, the Funds follow a standard practice of crediting the contributions toward the oldest unpaid hours.

5. On January 12, 2017, Defendant submitted payment to the Funds in the amount of $963.35. On March 20, 2017, the Funds confirmed receipt of the payment and provided Defendant



with an updated audit balance.  A copy of the Funds March 20, 2017 correspondence is attached hereto as Exhibit 2.  Plaintiff's audit findings were reduced to $17,034.04 -- the same amount sought in the Funds' Complaint filed with the Court on April 14, 2017 .

6.       The rules and regulations adopted by the Trustees of the Funds specifically provide that the Trustees shall be entitled to recover, in addition to the delinquent contributions, interest on the delinquent contributions at the rate of 18 percent per annum calculated from the date of discovery of the delinquencies (which is usually the date Defendant's payroll records were audited); in addition, the Trustees adopted rules and regulations providing that the Trustees shall be entitled to recover, in addition to the delinquent contributions, statutory interest calculated at the rate of 18 percent per annum on the amount of delinquent contributions.

7.       The Trustees have established the interest rate of 18 percent per annum upon unpaid audit findings. Attached hereto as Exhibit 3 are the resolutions of adopting the above-referenced interest rate.  The annual interest rate is converted to the monthly interest of 1 1/2 %.  Contributing employers are reminded monthly of this interest charge.  A copy of the Contribution Reporting Form used each month is attached as Exhibit 4.

8.       The Funds' interest calculation is reflected on Exhibit 5.  Through June 6, 2018 interest is due in the amount of $5,547.46.   That amount increases by $8.40 each day.


Further Affiant Sayeth Naught.

_____
Carol A. Wilson, Administrator



Sworn to before me and subscribed in my presence this 6th day of June, 2018.

_____
Notary Public

SHERRY WISE
Notary Public, State of Ohio
My Commission Expires 09-01-2021

2





# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS

1180 Dublin Road
PO Box 12009
Columbus OH 43212-0009
614.488.0708

Carol A. Wilson
Administrator

January 5, 2017

FIORITTO CONSTRUCTION LLC
2403 TAMARACK TRL
RAVENNA OH  44266-8270

#001010600-6

To Whom It May Concern:

The enclosed summary sheet(s) and adjustment schedule(s) reflect the findings of our recent audit which resulted in the disclosure of unpaid fringe benefit contributions due the Ohio Operating Engineers Fringe Benefit Programs and Union Administrative Dues which had been withheld from employees wages but not remitted.

| | |
|---|---:|
| Ohio Operating Engineers Health & Welfare Plan | $ 9,327.04 |
| Ohio Operating Engineers Pension Fund | 7,473.00 |
| Ohio Operating Engineers Apprenticeship & Training Fund | 934.14 |
| Ohio Operating Engineers Education & Safety Fund | 112.11 |
| Late Charges due if paid by January 15, 2017 | 1,369.67 |
| Total due Fringe Benefit Programs | $19,215.96 |
| Local 18 Administrative Dues | 59.56 |
| Total Due | $19,275.52 |

In addition to the audit findings, you are liable for the payment of late charges as indicated above.  Late charges accumulate at the rate of 1-1/2% per month on past due fringe benefit contributions, and are assessed as of the sixteenth day of the month.  If partial payments are received, they will be applied against the oldest unpaid amounts due.

If you are in disagreement with the findings of our audit, please specify to us the reasons for such disagreement by separate letter within ten days.

If you are in agreement with the findings, your remittance in the total amount of $19,275.52 before January 15, 2017 will prevent the assessment of additional late charges.

Sincerely,

*Samantha Polsinelli*

Samantha Polsinelli
Assistant Administrator

SP/sm

cc:  District #6
       Richard E. Dalton
       Justin Helmick



HEALTH AND WELFARE PLAN  •  PENSION FUND  •  APPRENTICESHIP FUND  •  EDUCATION AND SAFETY FUND

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
# FIELD AUDIT SUMMARY

CODE # 001010600-6     NAME: Fioritto Construction LLC       DATE: 11/18/16

2403 Tamarack Trl      AUDIT PERIOD FROM:   7/1/15   TO:   11/1/16

Ravenna, OH 44266-8270     AUDITOR: Douglas H Baker

| MONTH YEAR | HEALTH & WELFARE HOURS | AMOUNT | PENSION HOURS | AMOUNT | APPRENTICESHIP HOURS | AMOUNT | EDUC. & SAFETY HOURS | AMOUNT | TOTAL FRINGES | ADMIN DUES | TOTAL FRINGES & DUES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16 | 143 1/2 | 1,063.34 | 143 1/2 | 861.00 | 143 1/2 | 107.63 | 143 1/2 | 12.92 | 2,044.89 | | 2,044.89 |
| 4/16 | 464 1/2 | 3,441.95 | 464 1/2 | 2,787.00 | 464 1/2 | 348.38 | 464 1/2 | 41.81 | 6,619.14 | 59.56 | 6,678.70 |
| 5/16 | 246 | 1,822.86 | 246 | 1,476.00 | 246 | 184.50 | 246 | 22.14 | 3,505.50 | | 3,505.50 |
| 7/16 | 4 | 30.64 | 4 | 24.00 | 4 | 3.00 | 4 | 0.36 | 58.00 | | 58.00 |
| 9/16 | 119 | 911.54 | 119 | 714.00 | 119 | 89.25 | 119 | 10.71 | 1,725.50 | | 1,725.50 |
| 10/16 | 268 1/2 | 2,056.71 | 268 1/2 | 1,611.00 | 268 1/2 | 201.38 | 268 1/2 | 24.17 | 3,893.26 | | 3,893.26 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | 1245 1/2 | 9,327.04 | 1245 1/2 | 7,473.00 | 1245 1/2 | 934.14 | 1245 1/2 | 112.11 | 17,846.29 | 59.56 | 17,905.85 |

Rev. 11/14

**ADJUSTMENT SCHEDULE**                                      FORM D-16    (9/99)

EMPLOYER                                                      FIELD AUDIT

CODE: # 001010600-6     NAME:  Fioritto Construction LLC          YEAR:  2016          DATED:  11/18/16   AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Yelling, T | | | 73 | 201 1/2 | 122 | | | | | | | | 396 1/2 |
| | Fioritto, T | | | 70 1/2 | 206 | 124 | | | | | | | | 400 1/2 |
| 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 | Finelli, M | | | | 57 | | | | | | | | | 57 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DEPOSIT DATE | TOTAL HOURS | | | 143 1/2 | 464 1/2 | 246 | | | | | | | | 854 |
| | H & W  @ 7.41 | | | 1,063.34 | 3,441.95 | 1,822.86 | | | | | | | | 6,328.15 |
| | PENS  @ 6.00 | | | 861.00 | 2,787.00 | 1,476.00 | | | | | | | | 5,124.00 |
| | APPR  @ 0.75 | | | 107.63 | 348.38 | 184.50 | | | | | | | | 640.51 |
| | E & S  @ 0.09 | | | 12.92 | 41.81 | 22.14 | | | | | | | | 76.87 |
| | TOTAL @ 14.25 | | | 2,044.89 | 6,619.14 | 3,505.50 | | | | | | | | 12,169.53 |

**ADJUSTMENT SCHEDULE**

FORM D-16   (9/99)

EMPLOYER

FIELD AUDIT

CODE: # 001010600-6     NAME:  Fioritto Construction LLC          YEAR:  2016

DATED:  11/18/16   AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Yelling, T | | | | | | | 4 | | 59 1/2 | 134 | | | 197 1/2 |
| | Fioritto, T | | | | | | | | | 59 1/2 | 134 1/2 | | | 194 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DEPOSIT DATE | TOTAL HOURS | | | | | | | 4 | | 119 | 268 1/2 | | | 391 1/2 |
| | H & W  @ 7.66 | | | | | | | 30.64 | | 911.54 | 2,056.71 | | | 2,998.89 |
| | PENS  @ 6.00 | | | | | | | 24.00 | | 714.00 | 1,611.00 | | | 2,349.00 |
| | APPR  @ 0.75 | | | | | | | 3.00 | | 89.25 | 201.38 | | | 293.63 |
| | E & S  @ 0.09 | | | | | | | 0.36 | | 10.71 | 24.17 | | | 35.24 |
| | TOTAL @ 14.50 | | | | | | | 58.00 | | 1,725.50 | 3,893.26 | | | 5,676.76 |

## I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27    (9/99)

EMPLOYER

FIELD AUDIT

CODE: # 001010600-6    NAME: Fioritto Construction LLC    YEAR: 2016    DATED: 11/18/16    AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Finelli. M | | | | 59.56 | | | | | | | | | 59.56 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | TOTAL DUES | | | | 59.56 | | | | | | | | | 59.56 |





# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS

1180 Dublin Road
PO Box 12009
Columbus OH 43212-0009
614.488.0708

Carol A. Wilson
Administrator

March 20, 2017

FIORITTO CONSTRUCTION LLC
2403 TAMARACK TRL
RAVENNA OH 44266-8270                           #001010600-6

To Whom It May Concern:

This will acknowledge the receipt of your letter dated January 12, 2017, and your check #5886 in the amount of $963.35. The letter states you are in disagreement with the audit findings. Please provide a breakdown and specify why you are in disagreement with the audit findings. In accordance with our policy, this check has been applied against the oldest amounts outstanding on your account as follows:

| | |
|---|---|
| Against Audit Finding | $812.25 |
| Local 18 Dues | 59.56 |
| Against Late Charges | 91.54 |
| | $963.35 |

After the application of the above check, a balance of $19,078.70 now remains due on your account to complete payment of the following:

| | |
|---|---|
| Balance of Audit Finding | $17,034.04 |
| Balance of Late Charges if Audit is Paid by April 15, 2017 | 2,044.66 |
| | $19,078.70 |

In addition, your reports and contributions for November 2016 through February 2017 are due.

Please submit your check in payment of this outstanding balance. If you have any questions concerning your account, please contact our office.

Sincerely,

Samantha Polsinelli

Samantha Polsinelli
Assistant Administrator

SP/sm

cc: District #6
    Richard E. Dalton
    Justin Helmick
    Elizabeth B. Howard, Esq.

EXHIBIT
2

HEALTH AND WELFARE PLAN  •  PENSION FUND  •  APPRENTICESHIP FUND  •  EDUCATION AND SAFETY FUND

After discussion and deliberation, The Trustees of the Ohio Operating Engineers Health and Welfare Plan adopt the following resolutions at their regular meeting held on the date below:

RESOLVED, that the Trust Agreement is hereby amended to provide that the reasonable cost of collecting assessments with respect to delinquent contributions to the Plan shall include: (a) late charges (interest) on all unpaid contributions, at the rate determined by the Trustees by resolution; (b) Liquidated damages as permitted by law; (c) Reasonable attorneys fees; (d) Costs of any action to recover such delinquent contributions; and (e) any other damages permitted by law or contract; and

FURTHER RESOLVED, that the Chairman and the Secretary be, and they hereby are, authorized to execute any and all documents necessary to amend the Trust Agreement as provided in this resolution; and

FURTHER RESOLVED, that the late charges rate in effect under the Plan which currently is eighteen percent (18%) per annum shall continue as the rate of interest specified under the Plan for purposes of determining cost of collection assessments.

Dated June 13, 1989

Trustees of the Ohio Operating
Engineers Health and Welfare Plan

_____
Chairman

_____
Secretary

EXHIBIT
3

After discussion and deliberation, the Trustees of the Ohio Operating Engineers Pension Fund hereby adopt the following resolutions at their regular meeting held on the date below:

RESOLVED, that the Trust Agreement is hereby amended to provide that the reasonable cost of collecting assessments with respect to delinquent contributions to the Plan shall include:  (a) late charges (interest) on all unpaid contributions, at the rate determined by the Trustees by resolution; (b) Liquidated damages as permitted by law; (c) Reasonable attorneys fees; (d) Costs of any action to recover such delinquent contributions; and (e) any other damages permitted by law or contract; and

FURTHER RESOLVED, that the Chairman and the Secretary be, and they hereby are, authorized to execute any and all documents necessary to amend the Trust Agreement as provided in this resolution; and

FURTHER RESOLVED, that the late charges rate in effect under the Plan which currently is eighteen percent (18%) per annum shall continue as the rate of interest specified under the Plan for purposes of determining cost of collection assessments.

Dated May 26, 1989.

Trustees of the Ohio Operating
Engineers Pension Fund

_____
Chairman

_____
Secretary

EXHIBIT
4

# OHIO OPERATING ENGINEERS

**FRINGE BENEFIT PROGRAMS**
**CONTRIBUTION REPORTING FORM**

| OOE MASTER REPORT 2016 | |
|---|---|

| CONTRACTOR'S CODE NUMBER | MONTH REPORTED | YEAR REPORTED |
|---|---|---|
| | | |

**IMPORTANT - LIST COUNTY:**

## CERTIFICATION OF AUTHORIZED PERSON

Signature :

| Title : | Date : |
|---|---|

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* NOTICE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
- PLEASE MAKE A COPY FOR YOUR RECORDS
- SUBMIT ORIGINAL WITH PAYMENT
- *RATE CHANGE EFFECTIVE 6/1/2016*
  - *HEALTH AND WELFARE - $7.66| PENSION - $6.00*
  - *APPRENTICESHIP - $0.75 | EDUCATION - $0.09*

| SOCIAL SECURITY NUMBER | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING | | | | TOTAL HOURS PAID | GROSS WAGES | PAC-PEP AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTAL HOURS ALL PAGES : | | | | |

| OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN — W | OHIO OPERATING ENGINEERS PENSION FUND — P | OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING — A | OHIO OPERATING ENGINEERS EDUCATION AND SAFETY — E |
|---|---|---|---|
| TOTAL HRS : _____ X 7.6600 $ | TOTAL HRS : _____ X 6.0000 $ | TOTAL HRS : _____ X 0.7500 $ | TOTAL HRS : _____ X 0.0900 $ |

**HWY / HEAVY**

| OCA / PAC-PEP  1 TOTAL HRS : _____ X 0.1000 $ | OCA CONTRACTOR DUES  2 TOTAL HRS : _____ X 0.1400 $ | LOCAL 18 ADMINISTRATIVE DUES  D  TOTAL WAGES : _____  TIMES **3.00** PERCENT IS : $ | **BUILDING**  AGC / PAC-PEP  4 TOTAL HRS : _____ X 0.1000 $ |
|---|---|---|---|
| OCA ADMINISTRATIVE FEE  3 TOTAL HRS : _____ X 0.0800 $ | OCIA HOURS  6 TOTAL HRS : _____ X 0.0500 $ | | AGC ADMINISTRATIVE FEE  5 TOTAL HRS : _____ X 0.1500 $ |

| DMA / IUOE / SF / PAC-PEP  9 TOTAL HRS : _____ X 0.1000 $ | **FOR CISP(CEA), SEND PAYMENT TO:** CISP OF GREATER CLEVELAND 950 KEYNOTE CIRCLE, SUITE 10 CLEVELAND, OH 44131-1802 | **OVER** | IAP / AGC  7 TOTAL HRS : _____ X 0.2000 $ |
|---|---|---|---|

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

Back of this form has general instructions

| TOTAL CONTRIBUTIONS |
|---|
| $ |

GENERAL INSTRUCTIONS

A. If employees have been pre-listed on the front of this form, they are those who were reported to the fund office on your last report. Delete names of any individuals not employed during month being reported. Add names and social security numbers of any new employees. List hours of all active employees.

B. Indicate county in which work was performed.

C. Use a separate form for each month being reported.

D. Hours reported must include all hours paid during month covered by this report. "HOURS PAID" means the actual number of hours. Do not pay one-and-one half or double contributions for overtime hours.

E. All employees working as Operating Engineers must be reported to the Fund WHETHER MEMBERS OF THE UNION OR NOT. This is required under the provisions of the Taft-Hartley Law.

F. Reports must be submitted each month, even though no hours have been worked. Such reports should be marked "No Employees" to reflect a temporary unemployment situation. However, if you do not anticipate employing operating engineers for a period of six months or more, mark the report "FINAL".

G. When making final report for work performed in the jurisdiction of the OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS, that report should be marked "Final" to stop the mailing of additional forms.

H. On or before the fifteenth (15th) day of the month following the close of the month during which hours were worked mail original and one copy to:

OHIO OPERATING ENGINEERS
FRINGE BENEFIT PROGRAMS
PO BOX 12009
COLUMBUS OH 43212-0009

I. One copy of this form must be preserved by the employer at his principal place of business and must be available for inspection by duly authorized representatives of the OHIO OPERATING ENGINEERS FRINGE BENEFITS PROGRAMS.

J. Late charges amounting to 1 ½ % of the contributions due will be assessed for each month that contributions are or became past due. An additional 1 ½ % will be charged each month until paid.

K. All correspondence should be addressed to:

OHIO OPERATING ENGINEERS
FRINGE BENEFIT PROGRAMS
PO BOX 12009
COLUMBUS OH 43212-0009

L. PAC-PEP can be included and paid with fringe payments.

| Code Number: | 001010600-6 | | | | |
|---|---|---|---|---|---|
| Contractor: | Fioritto Construction, LLC | | | | |
| Audit Period of: | 7/15 to 11/16 | | | | |
| Month/Year | Total Due | 1 1/2 % of Total | Mo. Subject to Charges | Late Charges | If Paid By |
| 3/16 | 2,044.89 | $30.68 | 8 | $245.44 | |
| 4/16 | 6,619.14 | $99.29 | 7 | $695.03 | |
| 5/16 | 3,505.50 | $52.59 | 6 | $315.54 | |
| 7/16 | 58.00 | $0.87 | 4 | $3.48 | |
| 9/16 | 1,725.50 | $25.89 | 2 | $51.78 | |
| 10/16 | 3,893.26 | $58.40 | 1 | $58.40 | |
| | | $267.72 | | $1,369.67 | 1/15/2017 |
| | * 8.40/day | 255.51 | Paid 1/12/17 | (91.54) | |
| | | | | 1,278.13 | |
| | | | | 2,044.66 | 4/15/17 |
| | | | | 2,943.46 | 7/31/17 (107) |
| | | | | 3,968.26 | 11/30/17 (122) |
| | | | | 5,547.46 | 6/6/18 (188) |

EXHIBIT
5
PENGAD-Bayonne, N. J.